UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20495-CIV-ALTONAGA/Brown

**WALESKA AUGUSTO**, and all other
similarly-situated individuals,

    Plaintiffs,

vs.

**STARWOOD HOTELS & RESORTS WORLDWIDE, INC.**; **2201 COLLINS FEE, LLC** d/b/a W South Beach; and **VERY RELIABLE SERVICES, INC.**,

    Defendants.
_____/

## STATEMENT OF CLAIM

The Plaintiff, WALESKA AUGUSTO ("Augusto"), hereby files her Statement of Claim pursuant to this Court's Order dated February 18, 2010:

**1.** **Amount of unpaid wages:** the estimated amount of unpaid wages in this case is $2,290.00 (160 hours of regular time at $10.00 per hour and 46 hours of overtime at $15.00 per hour). The total amount of damages should also include liquidated damages, interest, costs and reasonable attorney's fees.

**2.** **Calculation of unpaid wages:** Augusto earned approximately $10.00 per hour. Thus, her applicable overtime pay is $15.00 ($10.00 regular, plus $5.00 half time). Augusto worked approximately 160 hours regular time and 46 hours overtime from October 1, 2009 through November 29, 2009. Augusto was not paid for any of the above-referenced hours worked. Thus, she is owed approximately $2,290.00 (160 hours of regular time at $10.00 per hour and 46 hours of overtime at $15.00 per hour).

3. **Nature of wages:** Augusto was not paid for straight regular time or overtime for the above-referenced time.

4. **Total Amount of Damages Sought:** $2,290.00 plus an equal amount in liquidated damages, interest, costs and attorney's fees.

Respectfully submitted,

By: /s/ R. Martin Saenz
R. Martin Saenz, Esquire
Fla. Bar No.: 0640166
Email: msaenz@saenzlawfirm.com
THE SAENZ LAW FIRM, P.A.
777 Brickell Avenue, Ste. 1100
Miami, Florida 33131
Telephone: (305) 577-8551
Facsimile: (305) 577-8482

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/* R. Martin Saenz
R. Martin Saenz, Esq.