**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
WALESKA AUGUSTO, and Other similarly- :
situated individuals, :
: **CIVIL ACTION**
Plaintiff, :
: **No**. 1:10-CV-20495-CMA
- vs. - :
:
STARWOOD HOTELS & RESORTS :
WORLDWIDE, INC., 2201 COLLINS FEE, LLC :
d/b/a W SOUTH BEACH, and VERY :
RELIABLE SERVICES, INC., :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**RESPONSE TO STATEMENT OF CLAIM**

Defendants Starwood Hotels & Resorts Worldwide, Inc. ("Starwood") and 2201 Collins Fee, LLC ("Collins Fee"), by and through their undersigned counsel, submit the following in response to Plaintiff's Statement of Claim.

Plaintiff's Statement 1. <u>Amount of unpaid wages:</u> the estimated amount of unpaid wages in this case is $2,290.00 (160 hours of regular time at $10.00 per hour and 46 hours of overtime at $15.00 per hour). The total amount of damages should also include liquidated damages, interest, costs and reasonable attorney's fees.

**Defendants' Response:** Defendants Starwood and Collins Fee respectfully submit that no employment relationship existed between either of them and Plaintiff. Rather, at all times relevant herein, Plaintiff was employed by co-defendant Very Reliable Services, Inc. ("VR"). Accordingly, Defendants Starwood and Collins Fee respectfully submit that neither of them is liable to Plaintiffs for any alleged unpaid wages, liquidated damages, interest, costs or attorneys'

fees.  With respect to the hours worked by Plaintiff, upon information and belief, approximately 78.25 hours were worked by Plaintiff for which Plaintiff may not have been compensated by VR.  Therefore, the unpaid wages due by VR would be approximately $782.50.

Plaintiff's Statement 2.  <u>Calculation of unpaid wages:</u>  Augusto earned approximately $10.00 per hour.  Thus, her applicable overtime pay is $15.00 ($10.00 regular, plus $5.00 half time).  Augusto worked approximately 160 hours regular time and 46 hours overtime from October 1, 2009 through November 29, 2009.  Augusto was not paid for any of the above-referenced hours worked.  Thus, she is owed approximately $2,290.00 (160 hours of regular time at $10.00 per hour and 46 hours of overtime at $15.00 per hour).

**Defendants' Response:**  Defendants Starwood and Collins Fee respectfully restate their response to Plaintiff's Statement  #1.

Plaintiff's Statement 3.  <u>Nature of wages:</u>  Augusto was not paid for straight regular time or overtime for the above-referenced time.

**Defendants' Response:** Defendants Starwood and Collins Fee respectfully restate their response to Plaintiff's Statement  #1.

Plaintiff's Statement 4.  <u>Total Amount of Damages Sought:</u>  $2,290.00 plus an equal amount in liquidated damages, interest, costs and attorney's fees.

**Defendants' Response:** Defendants Starwood and Collins Fee respectfully restate their response to Plaintiff's Statement  #1.

This 19th day of April, 2010.

           /s/ W. Bard Brockman
W. Bard Brockman
Florida Bar Number 0868817
BRYAN CAVE LLP
1201 W. Peachtree St., NW
Atlanta, Georgia  30309

        Telephone: (404) 572-4507
        Facsimile: (404) 572-6999
        Email: Bard.Brockman@BryanCave.com

*Attorneys for the Defendants Starwood Hotels & Resorts Worldwide, Inc. and 2201 Collins Fee, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2010, I electronically filed the foregoing RESPONSE TO STATEMENT OF CLAIM with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on the persons listed below via transmission of Notices of Electronic Filing generated by CM/ECF.

      R. Martin Saenz, Esq.
      THE SAENZ LAW FIRM, P.A.
      777 Brickell Avenue
      Suite 1100
      Miami, Florida  33131
      Ph. (305) 577-8551
      Fax. (305) 577-8482
      Email: msaenz@saenzlawfirm.com

        /s/ W. Bard Brockman
      W. Bard Brockman
      Florida Bar Number 0868817